EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Casos Electorales | 2000 TSPR 154 |

Número del Caso: EM-2000-05

Fecha: 25/octubre/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                 EM-2000-05

Casos Electorales

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de octubre de 2000.

       Examinado el memorando de la Lcda. Isabel Llompart Zeno y a la luz de la Regla 21 del Reglamento del Tribunal Supremo, se le ordena a la Secretaria del Tribunal que remita los correspondientes mandatos en los casos electorales una vez transcurran tres (3) días de notificada la Resolución resolviendo el caso y cuando se haya solicitado una reconsideración, al día siguiente de haberse resuelto la misma.

       Notifíquese al Presidente de la Comisión Estatal de Elecciones y a los Comisionados Electorales.

       Publíquese.

       Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                     Isabel Llompart Zeno
                                     Secretaria del Tribunal Supremo